FILED'09 SEP 28 12:05usDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AIRPORT CHEVROLET,

          Plaintiff,

    v.

RICHARD DAVIS, aka RICHARD RED
HAWK DAVIS, et al.,

          Defendants.

Civ. No. 09-3084-CL

**TEMPORARY RESTRAINING
ORDER**

**PANNER, District Judge:**

    Based on the record and the hearing held in this court on September 28, 2009, I grant plaintiff's motion for a temporary restraining order (#4). Defendants are prohibited from entering or registering with any court any judgment or order issued by the Latgawa Indian Tribal Justice Court concerning Airport Chevrolet. Based on defendants' stipulation, this temporary restraining order shall be effective for thirty days from this date.

1 - TEMPORARY RESTRAINING ORDER

IT IS SO ORDERED.

DATED this __38__ day of September, 2009.

OWEN M. PANNER
U.S. DISTRICT JUDGE