FILED '09 NOV 20 13:29 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AIRPORT CHEVROLET,

      Plaintiff,

   v.

RICHARD DAVIS, aka RICHARD RED HAWK DAVIS, et al.,

      Defendants.

Civ. No. 09-3084-CL

**SECOND TEMPORARY RESTRAINING ORDER**

**PANNER, District Judge:**

    Based on the record and the hearing September 28, 2009, I granted plaintiff's motion for a temporary restraining order (#4). Based on defendants' stipulation, the temporary restraining order was effective for thirty days.

    Plaintiff now moves for an extension of the restraining order. For the reasons I granted plaintiff's initial motion for a temporary restraining order, I grant plaintiff's second motion for

1 - TEMPORARY RESTRAINING ORDER

extension (#28). Defendants are prohibited from entering or registering with any court any judgment or order issued by the Latgawa Indian Tribal Justice Court concerning Airport Chevrolet.

This order shall remain in effect until December 8, 2009. I will hold a hearing on a preliminary injunction pending final disposition of this case on Monday, December 7, 2009, at 1:30 p.m. in Medford, with counsel to appear in person.

IT IS SO ORDERED.

DATED this 20 day of November, 2009. 8:05 A.M.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - TEMPORARY RESTRAINING ORDER