FILED'10 FEB 24 10:35 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AIRPORT CHEVROLET, | |
|     Plaintiff, | Civ. No. 09-3084-CL |
|   v. | |
| RICHARD DAVIS, aka RICHARD RED HAWK DAVIS, et al., | **ORDER** |
|     Defendants. | |

**PANNER, District Judge**:

    At the February 22, 2010 hearing on plaintiff's motion for summary judgment, plaintiff agreed to dismissal based on defendants' stipulation that defendants' "tribal court" would dismiss the case pending against plaintiff. Based on the parties' stipulations at the hearing, defendants' motion to dismiss based on mootness (#45) is granted and plaintiff's motion for summary

1 - ORDER

judgment (#24) is denied as moot.

    IT IS SO ORDERED.

    DATED this 23 day of February, 2010.

                    /s/ Owen M. Panner

                    OWEN M. PANNER
                    U.S. DISTRICT JUDGE

2 - ORDER